U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 9 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| CLINTON MATTHEW CORBEIL | DOCKET NO. 08-CV-1072; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| GARY MOORE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b). *Baranowski, vs Hart, 486 F.3d 112 (5ᵗʰ Cir, 200*

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this _9_ day of _FEBRUARY_, 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**